IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01054-RPM-MEH

RE/MAX INTERNATIONAL, INC.,

    Plaintiff,

v.

AMERIMAX REAL ESTATE PARTNERS, INC., and
HILDEBRANDO TORRES,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 8, 2007.**

    Plaintiff's Stipulated Motion to Withdraw Motion to Quash and Defendant's Withdrawal of Rule 45 Subpoena [Filed June 6, 2007; Docket #5] is **granted**.  The Motion to Quash (Docket #1) is **withdrawn**, and this matter is hereby **terminated**.